# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| | ) | |
| IN RE:  YASMIN AND YAZ | ) | **3:09-md-02100-DRH** |
| (DROSPIRENONE) MARKETING, SALES | ) | |
| PRACTICES AND PRODUCTS LIABILITY | ) | **MDL No. 2100** |
| LITIGATION | ) | |
| | ) | |

**This Document Relates To:**

| | |
|---|---|
| *Grace Davis v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10733-DRH |
| *Lee Perry v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10430-DRH |
| *Amy Peterson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10722-DRH |
| *D'On Thompson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11356-DRH |
| *Carolyn Werrett, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11338-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 7, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

**BY:** _/s/Caitlin Fischer_
**Deputy Clerk**

**Dated:**  July 7, 2014

Digitally signed by
David R. Herndon
Date: 2014.07.07
22:50:28 -05'00'

**APPROVED:**

      **CHIEF JUDGE**
      **U. S. DISTRICT COURT**